UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

ORTHOPEDIC PRACTICE, L.L.C.                CIVIL ACTION

VERSUS                                     NO: 06-8710

HARTFORD CASUALTY INSURANCE                SECTION: J(4)
COMPANY

                         **ORDER AND REASONS**

   Before the Court is Plaintiff's **Motion for Reconsideration (Rec Doc. 71).** This motion, which is opposed, was set for hearing on April 23, 2008 on the briefs. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds, for the reasons set forth below, that Plaintiff's motion should be denied.

                              <u>**Discussion**</u>

   Plaintiff seeks reconsideration of this Court's Order and Judgment entered March 10, 2008 granting Defendant's motion for summary judgment (Rec. Docs. 66 and 67). In support of its motion for reconsideration, Plaintiff argues that the Judgment in this case should be altered or amended in order "to correct a manifest error of fact and law and to prevent manifest

injustice." Specifically, Plaintiff argues that this Court incorrectly awarded summary judgment to the Defendant on Plaintiff's breach of contract claim. As a result, Plaintiff argues, the Court also incorrectly awarded summary judgment on Plaintiff's loss of business income and extra-contractual claims.

Because Plaintiff failed to submit evidence that raised a genuine issue of material fact as to whether the damage to its personal property was caused by a covered cause of loss, this Court granted summary judgment in favor of Defendant, finding that Plaintiff's breach of contract claim fails as a matter of law. Likewise, this Court determined that Plaintiff's business income claim and extra-contractual claims fail as a matter of law. The Court finds no error in its previous judgment. Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for Reconsideration (Rec Doc. 71)** is hereby **DENIED.**

New Orleans, Louisiana, this 8th day of July, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2